IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03746-LTB

ERIKA JACOBS,

    Plaintiff,

v.

AIMBRIDGE HOSPITALITY (Towne Place Suites),

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 6, 2022, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 6 day of January, 2022.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: *s/ A. Garcia Gallegos*
                    Deputy Clerk